

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00051-CR

## EX PARTE GEORGE CHARLES WYATT, JR.

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 24,505

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss this appeal under Rule of Appellate Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a); *Crawford v. State*, 226 S.W.3d 688, 688 (Tex. App.ᴄWaco 2007, no pet.) (per curiam).  We have not issued a decision in this appeal. Appellant personally signed the motion.  The Clerk of this Court has sent a duplicate copy to the trial court clerk.  *Id.*  Accordingly, the appeal is dismissed.


FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed April 8, 2009
Do not publish
[CR25]